that position any other person who may have better or equal rights than those of any of these relators.

The order is reversed, but without costs, in accord with the terms of this opinion.

---

### PEOPLE ex rel. NASH v. WILLIAMS.

(Supreme Court, Appellate Division, Second Department. January 8. 1915.)

Appeal from Special Term, Kings County.

Mandamus by the People, on the relation of Charles M. Nash, against William Williams, as Commissioner of the Department of Water Supply, Gas, and Electricity of the City of New York. From an order granting a peremptory writ, defendant appeals. Reversed.

Argued before JENKS, P. J., and BURR, THOMAS, RICH, and PUTNAM, JJ.

PER CURIAM. Order reversed, without costs. See People ex rel. Finch v. Williams, 151 N. Y. Supp. 271, decided herewith. Settle order before the Presiding Justice.

JENKS, P. J., and BURR, THOMAS, RICH, and PUTNAM, JJ., concur.

---

### PEOPLE ex rel. WRIGHT v. WILLIAMS.

(Supreme Court, Appellate Division, Second Department. January 8, 1915.)

Appeal from Special Term, Kings County.

Mandamus by the People, on the relation of Townsend Wright, against William Williams, as Commissioner of the Department of Water Supply, Gas, and Electricity of the City of New York. From an order granting a peremptory writ, defendant appeals. Reversed.

Argued before JENKS, P. J., and BURR, THOMAS, RICH, and PUTNAM, JJ.

PER CURIAM. Order reversed, without costs. See People ex rel. Finch v. Williams, 151 N. Y. Supp. 271, decided herewith. Settle order before the Presiding Justice.

JENKS, P. J., and BURR, THOMAS, RICH, and PUTNAM, JJ., concur.

---

### PEOPLE ex rel. SCHUTZ v. WILLIAMS.

(Supreme Court, Appellate Division, Second Department. January 8, 1915.)

Appeal from Special Term, Kings County.

Mandamus by the People, on the relation of Joseph Schutz, against William Williams, as Commissioner of the Department of Water Supply, Gas, and Electricity of the City of New York. From an order granting a peremptory writ, defendant appeals. Reversed.

Argued before JENKS, P. J., and BURR, THOMAS, RICH, and PUTNAM, JJ.

PER CURIAM. Order reversed, without costs. See People ex rel. Finch v. Williams, 151 N. Y. Supp. 271, decided herewith. Settle order before the Presiding Justice.

JENKS, P. J., and BURR, THOMAS, RICH, and PUTNAM, JJ., concur.